IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**ANTHONY ELMORE,**

    **Plaintiff,**

v.                                                    Case 2:20-cv-02330-JTF-cgc

**MEMPHIS AND SHELBY COUNTY
FILM COMMISSION, in its official
capacity,** *et al.*,

    **Defendant.**

---

### REPORT AND RECOMMENDATION
### ON DEFENDANTS MEMPHIS CONVENTION AND VISITORS' BUREAU
### AND KEVIN KANE'S MOTION TO DISMISS

---

Before the Court is the Motion to Dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure by the Memphis Convention and Visitors Bureau and Kevin Kane (collectively the "MCVB Defendants"). Pursuant to Administrative Order 2013-05, the instant motion was referred to the United States Magistrate Judge for Report and Recommendation.

On May 21, 2021, Plaintiff filed a Complaint in this Court alleging violations of 42 U.S.C. Section 1981 ("Section 1981") and 42 U.S.C. Section 1983 ("Section 1983") against the MCVB Defendants and others. (D.E. #1 ("Compl.")). Plaintiff claims arise from allegations that he was treated differently than other filmmakers due to his race. (Compl. ¶ 16).

On July 9, 2021, the MCVB Defendants filed the instant Motion to Dismiss. On October 26, 2021, Plaintiff filed the Amended Complaint for Damages, Declaratory Judgment, and Injunctive Relief (the "Amended Complaint"), which contains extensive revisions and is now the

operative pleading in this case. (D.E. #34). The Amended Complaint omits the MCVB Defendants as named defendants in the case. Further, on November 9, 2021, Plaintiff filed his Response (D.E. #38), which states as follows:

> We ask the Court to proceed with only Defendants listed in the amended Complaint. The motion[s] to dismiss were based on the original complaint and not the amended Complaint; therefore all motions to dismiss should be denied.

(*Id.*)

Accordingly, based upon the Amended Complaint and Plaintiff's explicit request in his Response, it is RECOMMENDED that the MCVB Defendants are MOOT.

**SIGNED** this 15th day of December, 2021.

s/ Charmiane G. Claxton
CHARMIANE G. CLAXTON
UNITED STATES MAGISTRATE JUDGE

**ANY OBJECTIONS OR EXCEPTIONS TO THIS REPORT MUST BE FILED WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THE REPORT. 28 U.S.C. § 636(b)(1)(C). FAILURE TO FILE THEM WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**